**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Cade Aaron Evans
Allen & Gooch, APLC
2000 Kaliste Saloom Road, #400
Lafayette LA 70508

**REHEARING ACTION: November 14, 2012**

**Docket Number: 12   00139-CA consolidated with 138-CA**

**A & A CONSTRUCTION, LLC, ET AL.**
**VERSUS**
**EDWARD D. GUTIERREZ**

**Appealed from Lafayette Parish Case No. C-20092962 C/W C-20091819**

<u>**BEFORE JUDGES**</u>**:**

   **Hon. Oswald A. Decuir**
   **Hon. Jimmie C. Peters**
   **Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **David M. Baldridge and A & A Construction, LLC** has this day

been

   **DENIED.**

cc: Burnice Gerald Weeks, Counsel for the Appellee